IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Holly Jean Quint - #183681    CV 09 80137 MISC VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that Holly Jean Quint has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that she may not practice law while so enrolled effective May 13, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Holly Jean Quint
Attorney At Law
P.O. Box 2258
Orinda, CA 94563